# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISON

| | | |
|---|---|---|
| **RETROLED COMPONENTS, LLC,** *Plaintiff / Counterclaim-Defendant*, | § § § § | |
| v. | § § | Civil Case No.: 6:18-cv-55-ADA |
| **PRINCIPAL LIGHTING GROUP, LLC,** *Defendant / Counterclaim-Plaintiff*, | § § § § | **JURY TRIAL DEMANDED** |
| v. | § § | **FILED UNDER SEAL** |
| **PRINCIPAL LIGHTING GROUP, LLC,** *Third Party Plaintiff / Third Party Counterclaim-Defendant*, | § § § § | |
| v. | § § | |
| **REECE SUPPLY COMPANY OF DALLAS,** *Third Party Defendant / Third Party Counterclaim-Plaintiff.* | § § § § | |

## DECLARATION OF JOHN M. BUSTAMANTE

## IN SUPPORT OF

## RETROLED COMPONENTS, LLC AND REECE SUPPLY COMPANY OF DALLAS'S REPLY IN SUPPORT OF THEIR MOTION TO EXCLUDE THE OPINION TESTIMONY OF <u>MR. MICHAEL GERSHOWITZ AND MS. CANDICE K. Q. CORNELIUS</u>